DOROTHY DUBBERKE, Respondent, v. EARL F. KUNKER and CLARK HALLIDAY, Appellants. MABEL E. SCHLEGEL, Respondent, v. EARL F. KUNKER and CLARK HALLIDAY, Appellants.— As to the defendant Kunker the judgments are affirmed, with costs in one action. As to the defendant Halliday the judgments are reversed

on the law and facts,, with costs, and the complaints dismissed, with costs in one action. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.